UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL D. MCKERCHIE,

        Petitioner,         Case No. 1:14-cv-113

v.         Honorable Paul L. Maloney

STATE OF MICHIGAN,

        Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:   March 21, 2014         /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            Chief United States District Judge