UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL D. MCKERCHIE,

        Petitioner,         Case No. 1:14-cv-113

v.         Honorable Paul L. Maloney

STATE OF MICHIGAN,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** without prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of state remedies.

Dated:   March 21, 2014          /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             Chief United States District Judge